Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>EUSEBIO TORRES,<br><br>                  Defendant. | DOCKET NO: 6:14-mj-002-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  April 30, 2014                    NATIONAL PARK SERVICE


   /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Eusebio Torres*, 6:14-mj-002-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   April 30, 2014                              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE